U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 18 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Criminal No. 3:12CR30008-001

TERRI LOTT

## FINAL ORDER OF FORFEITURE

On July 16, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 29). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States, to wit:

1. RG, model 26, .25 caliber pistol, serial number U053917.

2. Phoenix Arms, model Raven 25, .25 caliber pistol, serial number 3099228.

3. CZ, model 53, 7.62 caliber pistol, serial number Z05646.

4. Remington, model 10-A, 12 gauge shotgun, serial number U71077.

5. Winchester, model 67, .22 caliber rifle, with no serial number.

6. Savage, model 840, 30-30 caliber rifle, serial number 166116.

7. Colt, model Gov Pocketlite, .380 caliber pistol, serial number GP13368.

8. H&R, model topper 88, 20 gauge shotgun, serial number AY474402.

9. Marlin, 20 gauge shotgun, with no serial number.

10. Winchester, 12 gauge shotgun, serial number L2256460.

11. Westerfield, model M1728, 12 gauge shotgun, with no serial number.

12. Remington, model 870, 12 gauge shotgun, serial numberT462340V.

13. Remington, model 700, .270 rifle, serial number A6488251.

14. Highpoint, model C9, 9mm pistol, serial number 1352150.

15. Mossberg, model 88, 12 gauge shotgun, serial number MV89051F.

16. Mossberg, model 500 A, 12 gauge shotgun, serial number H268553.

17. Marlin, model 25MN, .22 caliber rifle, serial number 04533957.

18. Marlin, model 70P, .22 caliber rifle, serial number 13439493.

19. Remington, model 11-48 receiver, serial number 5074817.

20. Marlin, model 60, .22 caliber rifle, serial number 25151719.

21. Marlin, model 60, .22 caliber rifle, serial number 20542377.

22. Ruger, model single six, .22 caliber revolver, serial number 62-77120.

23. MAK 90-type, 7.62x39 mm caliber firearm, with no serial number.

24. All ammunition seized.

pursuant to 18 U.S.C. §§ 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On September 4, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 16, 2013, shall become final at this time.

IT IS SO ORDERED this 18th day of December, 2013.

_P.K. Holmes_
HONORABLE P.K. HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE